**FILED**

AUG - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 :26 CR 0 0 3 4 6** |
| | ) | Title 18, United States Code, |
| TONY LILLY, | ) | Sections 922(g)(1) and |
| | ) | 924(e) |
| Defendant. | ) | **JUDGE POLSTER** |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

1.  On or about April 29, 2026, in the Northern District of Ohio, Eastern Division, Defendant TONY LILLY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Domestic Violence, on or about December 29, 2020, in case number CR-20-649298, in Cuyahoga County Common Pleas Court; Attempted Domestic Violence, on or about April 25, 2019, in case number CR-19-637957, in Cuyahoga County Common Pleas Court; and Attempted Felonious Assault and Domestic Violence, on or about February 4, 2016, in case number CR-15-593044, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate a firearm, to wit: a Taurus, model G2C, 9mm caliber pistol, bearing serial number TMW57413, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

2.  Before TONY LILLY committed the offense charged in this indictment, the defendant had three previous convictions for a violent felony committed on occasions different

from one another, to wit: Attempted Domestic Violence, on or about December 29, 2020, in case number CR-20-649298, in Cuyahoga County Common Pleas Court; Attempted Domestic Violence, on or about April 25, 2019, in case number CR-19-637957, in Cuyahoga County Common Pleas Court; and Domestic Violence, on or about February 4, 2016, in case number CR-15-593044, in Cuyahoga County Common Pleas Court.

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TONY LILLY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2